428 A.2d 974
**COMMONWEALTH of Pennsylvania**

v.

**MARCO ELECTRIC MANUFACTURING CORPORATION, Appellant.**

Supreme Court of Pennsylvania.

Argued April 21, 1981.

Decided May 5, 1981.

Alan I. Baskin, Reading, for appellant.

Robert Patrick Coyne, Deputy Atty. Gen., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The order of the Commonwealth Court is affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.